# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **IRIS VASQUEZ**, individually and on behalf of all others similarly situated , <br><br> Plaintiff, <br><br> vs. <br><br> **PEOPLEGURU HOLDINGS, INC.**. <br><br> Defendant. | Case No.: 8:25-cv-02871 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Iris Vasquez ("Plaintiff"), pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Peopleguru Holdings, Inc., without prejudice.

Dated: October 27, 2025,         Respectfully submitted,

*/s/ Mariya Weekes*
Mariya Weekes (FL State Bar No. 56299)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
333 SE 2nd Ave, Suite 2000
Miami, FL 33131
mweekes@milberg.com
(866) 252-0878

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 27, 2025, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                               */s/ Mariya Weekes*
                                               Mariya Weekes